UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-3769-SK Date: September 3, 2026
Title ZhongRen Zheng v. J. Johnson, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| A. Silva-Elder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER GRANTING PETITION**

Petitioner's conditional release on an order of recognizance (OREC) may only be revoked by an authorized official, in the exercise of individualized discretion, for stated reasons. *See* 8 U.S.C. §§ 1226(a)(2), 1226(b); 8 C.F.R. § 236.1(c)(9); *see also SEC v. Chenery Corp.*, 332 U.S. 194, 196 (1947) (a reviewing court "must judge the propriety of such action solely by the grounds invoked by the agency"); *cf. Dep't of Homeland Sec. v. Regents of the Univ. of Cal.*, 591 U.S. 1, 24 (2020) ("An agency must defend its actions based on the reasons it gave when it acted. This is not the case for cutting corners to allow DHS to rely upon reasons absent from its original decision."); *Dep't of Commerce v. New York*, 588 U.S. 752, 785 (2019) ("The reasoned explanation requirement of administrative law [] is meant to ensure that agencies offer genuine justifications for important decisions, reasons that can be scrutinized by courts and the interested public. Accepting contrived reasons would defeat the purpose of the enterprise."). Because the Government has failed to prove it complied with those statutory and regulatory requirements (ECF 18, 20), petitioner's OREC was never validly revoked—meaning petitioner is presently "in custody in violation of the ... laws ... of the United States." 28 U.S.C. § 2241(c)(3); *see* 28 U.S.C. § 2243.

The petition for writ of habeas corpus under 28 U.S.C. § 2241 is therefore GRANTED. *See* 8 U.S.C. §§ 1226(a)(2), 1226(b); 8 C.F.R. § 236.1(c)(9); *Accardi v.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | 5:26-cv-3769-SK | Date: September 3, 2026 |
| Title | ZhongRen Zheng v. J. Johnson, et al. | |

*Shaughnessy*, 347 U.S. 260, 267-68 (1954). Petitioner **ZhongRen Zheng (A# 241-395-490)** is ORDERED RELEASED from custody forthwith on the conditions and terms of his May 30, 2023 Order of Release on Recognizance. Judgment in petitioner's favor will be entered accordingly.

IT IS SO ORDERED.