JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZHONGREN ZHENG,<br>Petitioner,<br>v.<br>J. JOHNSON, et al.,<br>Respondents. | Case No. 5:26-cv-3769-SK<br>**JUDGMENT** |

Pursuant to the Order Granting Petition, IT IS ADJUDGED that the petition for a writ of habeas corpus under 28 U.S.C. § 2241 is granted in Petitioner's favor. **ZhongRen Zheng (A# 241-395-490)** is ORDERED RELEASED from custody forthwith on the same conditions and terms of his May 30, 2023 Order of Release on Recognizance.

DATED: September 3, 2026

STEVE KIM
United States Magistrate Judge